FILED
CLERK, U.S. DISTRICT COURT

JUL 2 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CLAUDELL GREEN,                     )
                                    )
                Petitioner,         )    No. CV 04-4705 GPS (AJW)
                                    )
           v.                       )
                                    )    ORDER ADOPTING REPORT AND
J. W. SULLIVAN, WARDEN,             )    RECOMMENDATION OF
                                    )    MAGISTRATE JUDGE
                Respondent.         )
_____)

      The Court has reviewed the entire record in this action, the
Report and Recommendation of Magistrate Judge ("Report), and
petitioner's objections.   The Court concurs with and adopts the
findings of fact, conclusions of law, and recommendations contained in
the Report after having made a _de novo_ determination of the portions
to which objections were directed.

      DATED:   _July 20, 2008_


                                    _____
                                    George P. Schiavelli
                                    United States District Judge