JS-6

FILED
CLERK, U.S. DISTRICT COURT

JUL 21 2008

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CLAUDELL GREEN,

    Petitioner,

v.

J.W. SULLIVAN, Warden,

    Respondent.

Case No. CV 04-4705 GPS (AJW)

JUDGMENT

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: July 20, 2008

George P. Schiavelli
United States District Judge